IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN V. MASARIK,<br><br>*Plaintiff,*<br><br>v.<br><br>**WIND RIVER ENVIRONMENTAL, LLC,**<br><br>*Defendant.* | Case No. 2:25-cv-01694-JDW |

### ORDER

AND NOW, this 23rd day of June 2025, upon consideration of Defendant's Motion To Dismiss Plaintiff's *Pro Se* Complaint (ECF No. 7), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**, and all claims in this case are **DISMISSED WITH PREJUDICE**.

It is **FURTHER ORDERED** that Defendant Wind River Environmental LLC's Motion For An Order To Show Cause, And/Or For Leave To File A Further Brief (ECF No. 12) is **DENIED AS MOOT**.

The Clerk of Court shall mark the case closed for statistical purposes.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.